## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

            Plaintiff,

v.

LEON KISMIT BELL (1)            **Criminal No**. 22-mj-00349 (JFD)

            Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee:   LEON KISMIT BELL
Detained at (custodian):   HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:    a.)    (X) charged in this district by: Complaint
                      Charging Detainee With: Carjacking
   or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ( ) return to the custody of detaining facility upon termination of this proceeding
   or    b.)    (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on May 4, 2022, at 2:30 p.m. in the courtroom of The Honorable John F. Docherty.

Dated: May 3, 2022                         /s Harry M. Jacobs
                                             HARRY M. JACOBS, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| May 3, 2022 | s/John F. Docherty |
|---|---|
| Date | UNITED STATES MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male | |
| Booking or Fed. Reg.#: | 2022006654 | DOB: | xx/xx/1973 | |
| Facility Address: | 401 South Fourth Avenue, Suite 100 | Race: | | |
| | Minneapolis, MN 55415 | FBI #: | | |
| Facility Phone: | 612-348-5112 | | | |
| Currently Incarcerated For: | | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                              (Signature)