UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-89(1) (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Leon Kismet Bell, | |
| Defendant. | |

This matter is before the Court on Defendant Leon Kismit Bell's Motion for Continuance of Motion Hearing, ECF No. 38. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act. ECF No. 39. Defendant seeks a brief continuance of the July 7, 2022 arraignment and motions hearing as his counsel "is now scheduled to be out of the office [that day]." ECF No. 38 at 1. By e-mail correspondence with the Court, both defense counsel and counsel for the Government have confirmed their availability for July 18, 2022, at 1:30 p.m.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motion Hearing, ECF No. 38, is

**GRANTED**.

2. The period of time from **July 1 through July 18, 2022**, shall be excluded from Speedy Trial Act computations in this case.

3. The July 7, 2022 arraignment and motions hearing, ECF No. 24, is **CONTINUED** and shall now take place before Magistrate Judge Tony N. Leung on **July 18, 2022**, at **1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. **The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Wilhelmina M. Wright to confirm the new trial date.**


Dated: July    1    , 2022           s/ Tony N. Leung
                                     TONY N. LEUNG
                                     United States Magistrate Judge
                                     District of Minnesota

                                     *United States v. Bell*
                                     Case No. 22-cr-89(1) (WMW/TNL)